# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>*Plaintiff*,<br><br>v.<br><br>ARCHER-PERDUE, INC.; and Y'S INVESTORS L.L.C.,<br><br>*Defendants*. | Case No. 8:18-cv-00175-SMB<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

This matter is before the Court on the parties' Stipulation for Dismissal. ([Filing No. 12](#).) The Stipulation is granted.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is hereby dismissed, with prejudice, with each party bearing its own costs and fees.

Dated this 7th day of August, 2018.

s/ Susan M. Bazis
United States Magistrate Judge